Order of Appellate Division modified, without costs. The petition for the 15th Congressional District candidate is valid. The petition for Member of the Assembly in the 50th Assembly District is valid. The petition for State Senator and for Delegates to the Constitutional Convention in the 21st Senate District is invalid.
 

 Concur: Chief Judge Desmond and Judges Fuld, Van Voorhis, BüRke, Beegan and Keating. Judge Scilepfi dissents and votes to reverse as to that part of the decision which invalidates the petition for State Senator and for Delegates to the Constitutional Convention in the 21st Senate District (see
 
 Matter of Garside
 
 v.
 
 Cohen,
 
 265 N. Y. 606).